# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2317
LT Case No. 05-2024-CF-036410-A

_____

SIDNEY MAURICE JONES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kathryn Michele Speicher, Judge.

Matthew J. Metz, Public Defender, and Geroge D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

Sidney Maurice Jones, Seminole, pro se.

James Uthmeier, Attorney General, Tallahassee, and Richard
A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

July 30, 2026

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____